

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00859-CR

Gerardo **VILLARREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From County Court at Law No. 6, Bexar County, Texas
Trial Court No. 968082
Honorable Ray Olivarri, Jr., Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
           Phylis J. Speedlin, Justice
           Rebecca Simmons, Justice

Delivered and Filed:   January 28, 2009

DISMISSED

On January 15, 2009, appellant filed a motion to dismiss. The motion is **GRANTED**, and

the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH